UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KIRK MATTHEW SCHULTZ, | ) | CASE NO. 1:11 CV 1046 |
| Plaintiff, | ) ) ) | JUDGE DONALD C. NUGENT |
| v. | ) ) | |
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, et al., | ) ) ) ) | MEMORANDUM OF OPINION AND ORDER |
| Defendants. | ) ) | |

On May 23, 2011, plaintiff *pro se* Kirk Matthew Schultz filed this action against Nationwide Mutual Fire Insurance and a plethora of additional defendants. Plaintiff has also filed a Motion to Seal Case.

Principles requiring generous construction of *pro se* pleadings are not without limits. *Beaudett v. City of Hampton*, 775 F.2d 1274, 1277 (4th Cir. 1985). Given the most liberal construction, the complaint does not contain allegations remotely suggesting plaintiff might have a valid federal claim, or setting forth a reasonable basis for jurisdiction. This action is therefore appropriately subject to summary dismissal. *Apple v. Glenn*, 183 F.3d 477 (6th Cir. 1999); see *Hagans v. Lavine*, 415 U.S. 528, 536-37 (1974)(citing numerous Supreme Court cases for the proposition that attenuated or unsubstantial claims divest the district court of jurisdiction); *In re Bendectin Litig.*, 857 F.2d 290, 300 (6th Cir.1988)(recognizing that federal question jurisdiction is divested by unsubstantial claims).

Accordingly, the Motion to Seal is denied and this action is dismissed.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
UNITED STATES DISTRICT JUDGE